Date: 11/30/10

Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 3014 Dated 11/30/10
Case Number 10-10461 - WIER, GREGORY J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FIRST NATIONAL BK/SCOT<br>Attn: Richard M Gagne<br>201 MOHAWK AVE<br>SCOTIA, NY 12302 | 000003 | 142.33 | 1.67 |
| Remittance Total | | 142.33 | 1.67 |

MARC S. EHRLICH, TRUSTEE

REC'D & FILED
2010 DEC -3 PM 3:05
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

COURT1

Printed: 11/30/10 03:40 PM   Ver: 16.01a